# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LARRY D. BAILEY,

    Petitioner,

vs.

E. K. MCDANIEL,

    Respondent.

Case No. 3:10-CV-00757-LRH-(RAM)

**ORDER**

The court ordered (#3) petitioner to file a complete application to proceed <u>in forma pauperis</u> or to pay the $5 filing fee. Petitioner has not complied with the court's order within the allotted time.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to comply with the court's order (#3). The clerk of the court shall enter judgment accordingly.

DATED this 5th day of February, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE