AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

LARRY D. BAILEY,

      Petitioner,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:10-CV-00757-LRH-RAM**

E.K. MCDANIEL, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for Petitioner's failure to comply with the court's order (DKT #3).

   2/7/2011                                **LANCE S. WILSON**
                                                  Clerk

                                                /s/ P. McDonald
                                                Deputy Clerk